THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MARK M.,<br><br>               Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | **ORDER ADOPTING [25] REPORT AND RECOMMENDATION**<br><br>Case No. 2:21-cv-00672-DBB-CMR<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is United States Magistrate Judge Cecilia M. Romero's Report and Recommendation.[1] Magistrate Judge Romero recommends the court affirm the Acting Commissioner of the Social Security Administration's decision denying Plaintiff Mark M.'s application for disability insurance benefits under Title II of the Social Security Act.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] Neither party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court adopts the Report and Recommendation.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. The Acting Commissioner's decision is AFFIRMED.

---

[1] ECF No. 25, filed December 19, 2022.
[2] *Id.* at 1.
[3] *Id.* at 8.

Judgment shall issue forthwith.

Signed January 4, 2023.

BY THE COURT

_____
David Barlow
United States District Judge